BRYAN WILSON (BAR NO. 138842)
BWilson@mofo.com
BRITTANY DePUY (BAR NO. 261044)
BDePuy@mofo.com
PETER H. DAY (BAR NO. 275155)
PDay@mofo.com
STEFAN J. SZPAJDA (BAR NO. 282322)
SSzpajda@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone:  650.813.5600
Facsimile:   650.494.0792

Attorneys for Defendants
VERIO INC. AND NTT AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICON VALLEY TELECOM EXCHANGE, LLC, a California corporation,<br><br>                    Plaintiffs,<br><br>        v.<br><br>VERIO, INC., et al.,<br><br>                    Defendants. | Case No. 12-CV-00899 HRL<br><br>**NOTICE OF APPEARANCE**<br><br><br>Date Action Filed:      February 23, 2012 |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of attorney Brittany DePuy (BDePuy@mofo.com) of the law firm of Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, CA 94304, as counsel of record in this action for Defendants Verio Inc. and NTT America, Inc.

| | | |
|---|---|---|
| 1 | Dated: February 15, 2013 | BRYAN WILSON |
| 2 | | BRITTANY DePUY |
| | | PETER H. DAY |
| | | STEFAN J. SZPAJDA |
| 3 | | MORRISON & FOERSTER LLP |

By:  /s/ Brittany DePuy
         Brittany DePuy

Attorneys for Defendants
VERIO INC. AND NTT AMERICA, INC.

NOTICE OF APPEARANCE
Case No. 12-CV-00899 HRL
PA-1574083
pa-1529892

2