*E-FILED: May 1, 2013*

1  BRYAN WILSON (BAR NO. 138842)
   BWilson@mofo.com
2  KENNETH A. KUWAYTI (BAR NO. 145384)
   KKuwayti@mofo.com
3  STEFAN J. SZPAJDA (BAR NO. 282322)
   SSzpajda@mofo.com
4  MORRISON & FOERSTER LLP
   755 Page Mill Road
5  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
6  Facsimile: 650.494.0792

7  Attorneys for Defendants
   VERIO INC. AND NTT AMERICA, INC.
8
   EDWARD F. CULLEN (BAR NO. 133155)
9  WILLIAMS, PINELLI & CULLEN, LLP
   110 North Third Street
10 San Jose, CA 95112
   Telephone: 408.288.3868
11 Facsimile: 408.288.3860

12 MARC L. PINCKNEY (BAR NO. 127004)
   4660 La Jolla Village Drive
13 Fifth Floor—PMB 5007
   San Diego, CA 92122
14 Telephone: 408.857.0880

15 Attorneys for Plaintiff
   SILICON VALLEY TELECOM EXCHANGE, LLC
16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                       SAN JOSE DIVISION

| | |
|---|---|
| 20  SILICON VALLEY TELECOM EXCHANGE, LLC, a California corporation, | Case No. 12-CV-00899 HRL |
| 21 | |
| 22        Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEFS IN SUPPORT OF VERIO AND NTT AMERICA MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND CONTINUING HEARING DATE** |
| 23        v. | |
| 24  VERIO INC., a Delaware corporation; NTT AMERICA, INC., a Delaware corporation; and DOES 1 through 25, | |
| 25 | |
| 26        Defendants. | Dept:  Courtroom 12, 19th Floor<br>Judge: Hon. Howard R. Lloyd |
| 27 | Date Action Filed:   February 23, 2012 |

28

STIP AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEFS AND CONTINUING HEARING DATE
CASE NO. 12-CV-00899 HRL
PA-1586041

**STIPULATION**

The parties submit this stipulation and proposed order to extend the time to file reply briefs in support of the motions for partial summary judgment filed by Defendants Verio Inc. ("Verio") and NTT America, Inc. ("NTTA") on April 10, 2013, and to continue the hearing date on the motions, currently set for May 14, 2013:

WHEREAS, plaintiff Silicon Valley Telecom Exchange ("SVTX") filed its Opposition to NTTA's Motion for Partial Summary Judgment on April 29, 2013;

WHEREAS, SVTX filed its Opposition to Verio's Motion for Partial Summary Judgment on April 30, 2013;

WHEREAS, Verio and NTTA's reply briefs to SVTX's Oppositions would otherwise be due to be filed at midnight on May 1, 2013, approximately 48 hours after SVTX's opposition briefs were filed;

WHEREAS, counsel for SVTX has stipulated to the additional time requested by Defendants to file their reply briefs;

WHEREAS, the parties desire to give the Court the full two weeks to consider the motions;

WHEREAS, the parties understand that the Court has availability on its May 21, 2013 law and motion calendar and are agreeable to a hearing date of May, 21, 2013;

NOW, THEREFORE, and in light of the foregoing, IT IS HEREBY STIPULATED AND AGREED by and between the respective attorneys for Plaintiffs and Defendants, and subject to approval by this Court, as follows:

The deadline for Defendants to file their reply briefs in support of their Motions for Partial Summary Judgment is extended up to and including Monday, May 6, 2013; and

The hearing date on the Motions for Partial Summary Judgment of Verio and NTTA is continued from May 14, 2013 to May 21, 2013.

Dated: April 30, 2013

BRYAN WILSON
KENNETH A. KUWAYTI
STEFAN S. SZPAJDA
MORRISON & FOERSTER LLP

By:   /s/ *Kenneth A. Kuwayti*
      KENNETH A. KUWAYTI

Attorneys for Defendants

Dated: April 30, 2013

EDWARD F. CULLEN
MARC L. PINCKNEY

By:  /s/ *Edward F. Cullen*
      EDWARD F. CULLEN

Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: May 1, 2013

By: _____
Hon. Howard R. Lloyd
U.S. Magistrate Judge

STIP AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEFS AND CONTINUING HEARING DATE
CASE NO. 12-CV-00899 HRL
PA-1586041

2