*E-FILED: May 1, 2013*

1  BRYAN WILSON (BAR NO. 138842)
   BWilson@mofo.com
2  KENNETH A. KUWAYTI (BAR NO. 145384)
   KKuwayti@mofo.com
3  STEFAN J. SZPAJDA (BAR NO. 282322)
   SSzpajda@mofo.com
4  MORRISON & FOERSTER LLP
   755 Page Mill Road
5  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
6  Facsimile: 650.494.0792

7  Attorneys for Defendants
   VERIO INC. AND NTT AMERICA, INC.
8
   EDWARD F. CULLEN (BAR NO. 133155)
9  WILLIAMS, PINELLI & CULLEN, LLP
   110 North Third Street
10 San Jose, CA 95112
   Telephone: 408.288.3868
11 Facsimile: 408.288.3860

12 MARC L. PINCKNEY (BAR NO. 127004)
   4660 La Jolla Village Drive
13 Fifth Floor—PMB 5007
   San Diego, CA 92122
14 Telephone: 408.857.0880

15 Attorneys for Plaintiff
   SILICON VALLEY TELECOM EXCHANGE, LLC
16

17               UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                    SAN JOSE DIVISION

| | |
|---|---|
| 20  SILICON VALLEY TELECOM EXCHANGE, LLC, a California corporation, | Case No. 12-CV-00899 HRL |
| 21  Plaintiffs, | |
| 22  v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEFS IN SUPPORT OF VERIO AND NTT AMERICA MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND CONTINUING HEARING DATE** |
| 23  VERIO INC., a Delaware corporation; NTT AMERICA, INC., a Delaware corporation; and DOES 1 through 25, | |
| 24 | |
| 25  Defendants. | Dept: Courtroom 12, 19th Floor |
| 26 | Judge: Hon. Howard R. Lloyd |
| 27 | Date Action Filed: February 23, 2012 |

28

STIP AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEFS AND CONTINUING HEARING DATE
CASE NO. 12-CV-00899 HRL
PA-1586041

|    |                                                                                                 |
|----|-------------------------------------------------------------------------------------------------|
| 1  | **STIPULATION**                                                                                 |
| 2  | The parties submit this stipulation and proposed order to extend the time to file reply         |
| 3  | briefs in support of the motions for partial summary judgment filed by Defendants Verio Inc.    |
| 4  | ("Verio") and NTT America, Inc. ("NTTA") on April 10, 2013, and to continue the hearing date   |
| 5  | on the motions, currently set for May 14, 2013:                                                 |
| 6  | WHEREAS, plaintiff Silicon Valley Telecom Exchange ("SVTX") filed its Opposition to             |
| 7  | NTTA's Motion for Partial Summary Judgment on April 29, 2013;                                   |
| 8  | WHEREAS, SVTX filed its Opposition to Verio's Motion for Partial Summary Judgment               |
| 9  | on April 30, 2013;                                                                              |
| 10 | WHEREAS, Verio and NTTA's reply briefs to SVTX's Oppositions would otherwise be                 |
| 11 | due to be filed at midnight on May 1, 2013, approximately 48 hours after SVTX's opposition      |
| 12 | briefs were filed;                                                                              |
| 13 | WHEREAS, counsel for SVTX has stipulated to the additional time requested by                    |
| 14 | Defendants to file their reply briefs;                                                          |
| 15 | WHEREAS, the parties desire to give the Court the full two weeks to consider the                |
| 16 | motions;                                                                                        |
| 17 | WHEREAS, the parties understand that the Court has availability on its May 21, 2013 law         |
| 18 | and motion calendar and are agreeable to a hearing date of May, 21, 2013;                       |
| 19 | NOW, THEREFORE, and in light of the foregoing, IT IS HEREBY STIPULATED AND                      |
| 20 | AGREED by and between the respective attorneys for Plaintiffs and Defendants, and subject to   |
| 21 | approval by this Court, as follows:                                                             |
| 22 | The deadline for Defendants to file their reply briefs in support of their Motions for Partial  |
| 23 | Summary Judgment is extended up to and including Monday, May 6, 2013; and                       |
| 24 | The hearing date on the Motions for Partial Summary Judgment of Verio and NTTA is               |
| 25 | continued from May 14, 2013 to May 21, 2013.                                                    |
| 26 |                                                                                                 |
| 27 |                                                                                                 |
| 28 |                                                                                                 |

STIP AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEFS AND CONTINUING HEARING DATE
CASE NO. 12-CV-00899 HRL                                                                                   1
PA-1586041

| | | |
|---|---|---|
| 1 | Dated: April 30, 2013 | BRYAN WILSON |
| 2 | | KENNETH A. KUWAYTI |
| | | STEFAN S. SZPAJDA |
| 3 | | MORRISON & FOERSTER LLP |

By:  /s/ Kenneth A. Kuwayti
         KENNETH A. KUWAYTI

Attorneys for Defendants

Dated: April 30, 2013           EDWARD F. CULLEN
                                MARC L. PINCKNEY

By:  /s/ Edward F. Cullen
         EDWARD F. CULLEN

Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:   May 1, 2013           By:  _____
                                Hon. Howard R. Lloyd
                                U.S. Magistrate Judge

STIP AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEFS AND CONTINUING HEARING DATE
CASE NO. 12-CV-00899 HRL
PA-1586041

2