1  BRYAN WILSON (BAR NO.138842)
   BWilson@mofo.com
2  KENNETH A. KUWAYTI (BAR NO. 145384)
   KKuwayti@mofo.com
3  STEFAN J. SZPAJDA (BAR NO. 282322)
   SSzpajda@mofo.com
4  MORRISON & FOERSTER LLP
   755 Page Mill Road
5  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
6  Facsimile: 650.494.0792

7  Attorneys for Defendants
   VERIO INC., NTT AMERICA, INC.
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12

| 13 | SILICON VALLEY TELECOM EXCHANGE, LLC, a California corporation, | Case No.    12-CV-00899 HRL |
|---|---|---|
| 14 | Plaintiffs, | **DECLARATION OF STEFAN J. SZPAJDA IN SUPPORT OF VERIO INC. AND NTT AMERICA, INC.'S MOTION TO DISMISS PURSUANT TO SETTLEMENT** |
| 15 | v. | |
| 16 | VERIO INC., a Delaware corporation; NTT AMERICA, INC., a Delaware corporation; and DOES 1 through 25, | |
| 17 | | Date: October 22, 2013 |
| 18 | Defendants. | Time: 10:00 am |
| 19 | | Courtroom:  2, 5th Floor |
| | | Judge:  Hon. Howard R. Lloyd |
| 20 | | |

21

22

23

24

25

26

27

28

I, Stefan J. Szpajda, hereby declare as follows:

1.      I am an associate of Morrison & Foerster LLP, counsel for defendants Verio Inc. ("Verio") and NTT America, Inc. ("NTTA").  I make this declaration in support of Verio and NTTA's Motion to Dismiss Pursuant to Settlement.  I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

2.      On September 9, 2013 Verio and NTTA delivered a check to Ed Cullen on behalf of Silicon Valley Telecom Exchange, LLC ("SVTX"), in the amount of $225,000.00, as set out in the terms of the settlement.

3.      On August 28, 2013, the parties to this case attended a settlement conference with Magistrate Judge Grewal. The settlement conference began at 9:00 a.m. and concluded around 6:30 p.m.  The case was settled, and the terms were put on the record.  Attached hereto as Exhibit A is a true and correct copy of the Transcript of Proceedings of the Official Electronic Sound Recordings (Dkt No. 88) of the August 28, 2013 Settlement Proceedings.

4.      Attached hereto as Exhibit B is a true and correct copy of emails dated August 29 and August 30, 2013 that I sent to Ed Cullen and Marc Pinckney, attaching a copy of a draft settlement agreement.

5.      Attached hereto as Exhibit C is a true and correct copy of an email dated September 3, 2013, from Ed Cullen to me, objecting to the draft release language.

6.      Attached hereto as Exhibit D is a true and correct copy of an email dated September 3, 2013 from me to Mr. Cullen and Marc Pinckney attaching a copy of the revised draft settlement agreement in which the release language was, verbatim, what was recited on the record in Court on August 28.

7.      Attached hereto as Exhibit E is a true and correct copy of an email dated September 10, 2013 from me to Mr. Pinckney and Mr. Cullen memorializing a telephone call I had with Mr. Pinckney, in which Mr. Pinckney confirmed that SVTX received Verio's payment, told me that he would send further revised release language, and told me that Mr. Cullen would take care of filing the dismissal.

1    8.    Attached hereto as Exhibit F is a true and correct copy of an email dated

2  September 11, 2013 from Mr. Pinckney to me including SVTX's proposed release language.

3    9.    Attached hereto as Exhibit G is a true and correct copy of an email dated

4  September 11, 2013 from me to Mr. Pinckney and Mr. Cullen in which I proposed that the parties

5  rely on the agreement as stated on the record, and again requested that SVTX dismiss the case.

6    I declare under penalty of perjury under the laws of the State of California, and of the

7  United States, that the foregoing is true and correct.

8    Executed this 12th day of September 2013, at Palo Alto, California.

9                                   _/s/ Stefan J. Szpajda_
                                   Stefan J. Szpajda
10

11                           **ATTESTATION**

12    I, Bryan Wilson, am the ECF user whose ID and password are being used to file this

13  Declaration.  In compliance with General Order 45.X.B, I hereby attest that Stefan J. Szpajda has

14  concurred in this filing.

15  Dated: September 12, 2013          MORRISON & FOERSTER LLP

16
                                   By:  _/s/ Bryan Wilson_
17                                      BRYAN WILSON

18                                   Attorneys for Defendants

19

20

21

22

23

24

25

26

27

28