# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: September 13, 2013                                Time in Court: 30 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: Not Reported

**TITLE: Silicon Valley Telecom Exchange, LLC v. Verio, Inc., et al.**
**CASE NUMBER**: CV12-00899 HRL
Plaintiff Attorney(s) present: Marc Pinckney and Edward Cullen. Also present: Fred Rubio and Karen Rubio.
Defendant Attorney(s) present: Bryan Wilson, Stefan Szpajda and Dave Belger. Also present: Mike Day.

## PROCEEDINGS:
**Further Settlement Conference (Telephonic, In Chambers)**

Further settlement discussions held.

///