**\*E-Filed: October 15, 2013\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILICON VALLEY TELECOM EXCHANGE, LLC, a California corporation,<br><br>   Plaintiff,<br>   v.<br><br>VERIO INC., a Delaware corporation; NTT AMERICA, INC., a Delaware corporation; and DOES 1 through 25,<br><br>   Defendants.<br>_____ / | No. C12-00899 HRL<br><br>**INTERIM ORDER ON REQUEST FOR SANCTIONS** |

In July, the Court issued an order granting in part and denying in part defendants' motion for sanctions. The Court invited the defendants to submit a supplemental declaration to break down the amount spent on that portion for which the Court stated it was awarding sanctions, and the defendants did so. However, the parties settled and stipulated to dismissal before the Court ordered an award of sanctions. Defendants contend they are still entitled to an award of sanctions. Plaintiff believes that the issue is moot, or alternatively, it requests an opportunity to respond to defendant's supplemental declaration and that the Court set a date for hearing on this issue.

Plaintiff is given seven days from the date of this order to file a letter brief not to exceed three pages to address why the Court should not award sanctions or to oppose defendant's supplemental declaration. Defendants will have seven days from the filing of plaintiff's letter brief to respond. The Court does not contemplate holding a hearing in this matter.

**IT IS SO ORDERED.**

Dated: October 15, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C12-00899 HRL** Notice will be electronically mailed to:

Brittany N. DePuy    bdepuy@mofo.com, llontayao@mofo.com

Bryan Joseph Wilson    bwilson@mofo.com, cfix@mofo.com

Edward F. Cullen    efcullen@wpclaw.com, bprevost@wpclaw.com

Kenneth Alexander Kuwayti    KKuwayti@mofo.com, BGomez@mofo.com

Marc Leroy Pinckney    marcpinckney@gmail.com

Peter H Day    pday@mofo.com

Peter H Day    pday@mofo.com, fsagapolu@mofo.com

Stefan Jan Szpajda    sszpajda@mofo.com, fsagapolu@mofo.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**